1
2
3
4
5
6
7
8

9                    UNITED STATES DISTRICT COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

11

12   NIVEEN ISMAIL,                    )       No.  CV11-01751 CAS (AJW)
                                       )
13                Plaintiff,           )
                                       )       **AMENDED [PROPOSED]**
14   vs.                               )       **JUDGMENT**
                                       )
15   PENNY FREEMAN; NEIL               )
     SCHUSTER; each in their official  )
16   and individual capacities,        )
                                       )
17                Defendants.          )
     _____)

18

19

20       Plaintiff filed this case in this Court on November 14, 2011, asserting

21   claims for malicious prosecution and wrongful arrest pursuant to *42 U.S.C. §1983*

22   and related state laws.  Following a combination of joint stipulations and voluntary

23   dismissals, plaintiff filed a Second Amended Complaint ("SAC") on August 8,

24   2012, naming as defendants the City of Newport Beach ("Newport Beach"), the

25   County of Orange ("Orange County"), Detective Penny Freeman of the Newport

26   Beach Police Department ("Freeman"), Neil Schuster of the Newport Beach Police

27   Department ("Schuster"), and Deputy Orange County District Attorney Elizabeth

28   Costello.

                                       1

1    By order dated October 18, 2012, the Court dismissed all federal claims

2  against Elizabeth Costello and declined to exercise jurisdiction over the related

3  state law claims. Dkt. #79 at 6-11.  The Court also dismissed all federal claims

4  against Orange County.

5    By order dated October 30, 2012, the Court dismissed all federal claims

6  against the City of Newport Beach. Dkt. #80.

7    Plaintiff filed a Third Amended Complaint ("TAC"), which alleges claims

8  against Freeman and Schuster for wrongful arrest and excessive bail.  By order

9  dated July 29, 2013, the Court granted summary judgment in favor of Freeman and

10  Schuster on all claims except plaintiff's misdemeanor arrest claims against

11  Freeman.  Freeman filed a motion for reconsideration on August 12, 2013, and

12  plaintiff filed an opposition on August 14, 2013.  After reconsideration, on

13  September 13, 2013, the Court granted summary judgment in favor of Freeman on

14  all remaining claims.

15    **IT IS ORDERED, ADJUDGED AND DECREED** that:

16    1.    That Judgment be entered in favor of all Defendants City of Newport

17  Beach, Orange County, Penny Freeman, Neil Schuster and Elizabeth Costello as

18  against Plaintiff Niveen Ismail;

19    2.    That the entire action be dismissed; and

20    3.    That Plaintiff Niveen Ismail take nothing and that Defendants

21  City of Newport Beach, Orange County, Penny Freeman, Neil Schuster, and

22  Elizabeth Costello recover their costs of suit in accordance with the Local Rules

23  and Federal Rule of Civil Procedure 54.

24

25

26  DATED September 30, 2013

27

28

Honorable Christina A. Snyder
United States District Court Judge

2